# Exhibit L

*To the Plaintiff Bullseyebore, Inc.'s*

*Motion for Temporary Restraining Order*



# Insight          Search                                                    Watch List

---



# Landbase Trading Co., Limited

146A Whitchurch Road, Cardiff, CF14 3NA

---

⊞ **OVERVIEW**      👤 PEOPLE & CONTACTS      📈 FINANCIALS      ⊙ CONTROL & OWNERSHIP      🚩 CREDIT RISK      🏆 C

---

## Overview                                                    WATCH      CUSTOMISE TILES

### Key Data

**Landbase Trading Co., Limited** is an active company incorporated on 19 March 2021 with the
registered office located in Cardiff, South Glamorgan. Landbase Trading Co., Limited has been running
for 2 years. There are currently 2 active directors according to the latest confirmation statement
submitted on 23rd December 2023.

    BUY A REPORT          UPGRADE TO PRO

**Name**

## Landbase Trading Co., Limited

**Status**

| ACTIVE |

🕐 Active since **1 year 7 months ago**

**Confirmation**

## Submitted

🕐 Last submitted on **23 December 2023** (1 month ago)
🕐 Next confirmation dated **23 December 2024**
🕐 Due by **6 January 2025** (11 months remaining)
ⓘ Last change occurred **28 days ago**



# Insight

Watch List

ⓘ Accounts type was **Micro-Entity**

🕐 Next accounts dated **31 March 2024**

🕐 Due by **31 December 2024** (11 months remaining)

**Company No.**

## 13277590

ⓘ Private Limited Company with Share Capital

**Incorporation**

## 19 March 2021

🕐 Incorporated **2 years ago**

**Size**

## Micro

ⓘ Less than **10 employees** or under **£2 million turnover**

**Classification**

📁 Agents involved in the sale of textiles, clothing, fur, footwear and leather goods (46160)

📁 Wholesale of clothing and footwear (46420)

📁 Retail sale of clothing in specialised stores (47710)

📁 Computer consultancy activities (62020)

**Activity**

Sale of textiles, clothing, fur footwear and feather goods.

# Contact

| | |
|---|---|
| **Registered Address** | 146A Whitchurch Road<br>Cardiff<br>CF14 3NA |
| **Country Origin** | United Kingdom |



# Insight                                                                    Watch List

| | |
|---|---|
| **Website** | Unreported |
| **Social** | Unreported |

UPDATE INFO

VIEW PEOPLE & CONTACTS

## People  2

**Maoyun Zhou**                                                              ACTIVE
Chinese • Director • Born in Sep 1951

**Yanbo Zhao**                                                               ACTIVE
British • Director • Born in Jun 1999

VIEW PEOPLE & CONTACTS

## Mutual Companies

**Choc Trading Co., Limited**                                                DORMANT
Yanbo Zhao is a mutual person.

## Latest Activity

Confirmation Statement Submitted
**28 Days**  27 Dec 2023



# Insight

Watch List

○ **Confirmation Statement Submitted**
**10 Months** 22 Mar 2023

○ **Ammended Accounts Submitted**
**1 Year** 10 Jan 2023

ADD TO WATCH LIST

## Financials



Net Assets, Total Assets & Total Liabilities (2022 - 2023)

| Year Ended | Total Assets | Total Liabilities |
|---|---|---|
| Mar 2023 | £200.65k | £-132.16k |
| | -£61.8k (-23.55%) | +£74.47k (+36.04%) |
| | vs previous year | vs previous year |

| Net Assets | Cash in Bank | Employees |
|---|---|---|



# Insight

VIEW FINANCIALS

## Watch List



**Stay updated with Landbase Trading Co., Limited**
Monitor changes to this company's activity with instant email notifications.

ADD TO WATCH LIST

## Credit Score and Limit



# Credit Score and Limit
This information is available in our reports and to subscription users.

VIEW INFORMATION



# Insight



## Shareholders

This information is available in our reports and to subscription users.

VIEW INFORMATION

Group Structure



## Group Structure

This information is available in our reports and to subscription users.

VIEW INFORMATION



# Insight

Watch List



**Confirmation statement**
27 Dec 2023 • 4 Pages

VIEW PDF

**Micro company accounts**
4 Dec 2023 • 3 Pages

VIEW PDF

**Registered office address changed**
1 Nov 2023 • 1 Page

VIEW PDF

**Confirmation statement**
22 Mar 2023 • 3 Pages

VIEW PDF

**Amended total exemption full accounts**
10 Jan 2023 • 11 Pages

VIEW PDF

VIEW DOCUMENTS