IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BULLSEYEBORE, INC., <br><br> Plaintiff, <br><br> v. <br><br> LANDBASE TRADING CO. LTD, et al. <br><br> Defendants. | CIVIL ACTION NO. 1:24-cv-00246-RDB |

**DEFENDANTS' MOTION TO DISMISS
<u>FOR LACK OF PERSONAL JURISDICTION</u>**

Defendants vofatiponal.com; fundamentak.com; dawnaza.com; creampumpkin.com; begoniaclothing.com; beast-fox.com; certainow.com; gorgeous.com; butterfly-flowerss.com; amp-spring.com; autumn-beckin.com; purist-fish.com; olarglscal.com; recreation.com; oncondtitat.com; rise-planet.com; rotayaltyte.com; densitytg.com; and slightliy.com, by their respective undersigned attorneys, pursuant to Federal Rule of Civil Procedure 12(b)(2), move to dismiss the complaint for lack of personal jurisdiction for the reasons as set forth in the accompanying memorandum of points and authorities and the supporting declarations.

Respectfully Submitted,

Dated: March 15, 2024

___/s/ *Anthony H. Son*_____
Jacob Chen, Esq.
DGW Kramer LLP
45 Rockefeller Plaza, 20th Floor
New York, New York 10111
Tel:   (917) 983-2806
Fax:   (917) 633-6183

jchen@dgwllp.com

Anthony Son
Bar No. 16335
Son IP Group
1629 K St. NW Suite 300
Washington, DC 20006
Tel:   (202) 507-0125
ason@sonipgroup.com

Attorneys for Defendants
*vofatiponal.com; fundamentak.com; dawnaza.com; creampumpkin.com; begoniaclothing.com; beast-fox.com; certainow.com; gorgeous.com; butterfly-flowerss.com; amp-spring.com; autumn-beckin.com; purist-fish.com; olarglscal.com; recreation.com; oncondtitat.com; rise-planet.com; rotayaltyte.com; densitytg.com; and slightliy.com*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 15, 2025, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's electronic case filing system.   Any other counsel of record will be served by first class mail.

>  /s/   *Anthony H. Son*
> Anthony H. Son