UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

-------------------------------------------------------------------X

BULLSEYEBORE, INC.

                     Plaintiff,

    -against-                                        Civil Action No.:
                                                                       1:24-cv-00246-RDB

LANDBASE TRADING CO. LTD, et. al.

                     Defendants.

-------------------------------------------------------------------X

## DECLARATION OF CONGMING ZHUANG

I, Congming Zhuang, make the following declaration under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1. I am over the age of 18 and am competent to make this declaration. I am a citizen of the People's Republic of China.

2. I am a manager at, and an authorized representative of Shenzhen Zhongtou Guorong Trading Co., Ltd., a Chinese company. I make this declaration based on my own personal knowledge.

3. Shenzhen Zhongtou Guorong Trading Co., Ltd. owns and maintains the following one (1) domain name: oncondtitat.com.

4. Following learning about this action, we have made a diligent effort of looking through our records for all sales of the allegedly infringing items which were identified in the Complaint.

5. Our records show no sales of allegedly infringing items in Maryland.

6. Shenzhen Zhongtou Guorong Trading Co., Ltd. has no offices, employees, sales

1

representatives, distributors, bank accounts, property, or any other presence, physical or digital in the State of Maryland. We do not have any advertisements directed at or targeted to Maryland residents, nor have we sent any representatives to Maryland to solicit sales from Maryland residents, or partner with any Maryland companies in order to obtain sales from Maryland or Maryland residents.

7. I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and accurate.

Dated: March 14, 2024

By: *Congming Zhuang*
Congming Zhuang