UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

-------------------------------------------------------------------------X

BULLSEYEBORE, INC.

Plaintiff,

-against-

Civil Action No.:
1:24-cv-00246-RDB

LANDBASE TRADING CO. LTD, et. al.

Defendants.

-------------------------------------------------------------------------X

## DECLARATION OF QIULI XIE

I, Qiuli Xie, make the following declaration under penalty of perjury, pursuant to 28

U.S.C. § 1746:

1.    I am over the age of 18 and am competent to make this declaration. I am a citizen of

the People's Republic of China.

2.    I am a manager at, and an authorized representative of Topli Trading Co., Limited,

a Hong Kong company. I make this declaration based on my own personal knowledge.

3.    Topli Trading Co., Limited owns and maintains the following one (1) domain

name: slightliy.com.

4.    Following learning about this action, we have made a diligent effort of looking

through our records for all sales of the allegedly infringing items which were identified in the

Complaint.

5.    Our records show no sales of allegedly infringing items in Maryland.

6.    Topli Trading Co., Limited has no offices, employees, sales representatives,

distributors, bank accounts, property, or any other presence, physical or digital in the State of

Maryland. We do not have any advertisements directed at or targeted to Maryland residents, nor have we sent any representatives to Maryland to solicit sales from Maryland residents, or partner with any Maryland companies in order to obtain sales from Maryland or Maryland residents.

7.     I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and accurate.


Dated:   March 14, 2024

By: _Qiuli Xie_____
Qiuli Xie

2