**CHAMBERS OF**                                          **U.S. COURTHOUSE - CHAMBERS 5D**
**RICHARD D. BENNETT**                           **101 W. LOMBARD STREET**
**UNITED STATES DISTRICT JUDGE**                   **BALTIMORE, MD 21201**
**NORTHERN DIVISION**                                 **TEL: 410-962-3190**
                                                                                  **FAX: 410-962-3177**

April 8, 2024

## LETTER ORDER

To Counsel of Record:      *Bullseyebore, Inc. v. Landbase Trading Co., Ltd. et al.*
                                  Civil Action No. RDB-24-246

Dear Counsel:

       This Letter Order confirms the motions hearing held today, April 8, 2024, with respect to the above-captioned case.

       First, Plaintiff's Motion for Extension of Time *Nunc Pro Tunc* (ECF No. 46) is GRANTED.

       Second, the Motion to Dismiss (ECF No. 31), filed on behalf of rotayaltyte.com, amp-spring.com, autumn-beckin.com, beast-fox.com, begoniaclothing.com, butterfly-flowerss.com, certainow.com, creampumpkin.com, dawnaza.com, densitytg.com, fundamentak.com, gorgeous.com, olarglscal.com, oncondtitat.com, purist-fish.com, recreation.com, rise-planet.com, slightliy.com, vofatiponal.com (collectively, the "websites"), is DENIED AS MOOT. As discussed on the record, the websites are not proper parties to the instant litigation—rather, it is the websites' owners; and this Court has instructed Plaintiff to file an amended complaint no later than 12:00 PM on Friday, April 12, 2024.

       Notwithstanding the informal nature of this letter, it is an Order of this Court and the Clerk is directed to docket it as such.

                                                              Sincerely,

                                                              /s/
                                                              Richard D. Bennett
                                                              United States District Judge