# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|   |   |
|---|---|
| Bullseyebore, Inc.  *<br>　　　　　　Plaintiff(s)  *<br>　　　　　　　　　　　*<br>　　　　vs.　　　　*<br>　　　　　　　　　　　*<br>Landbase Trading Co., Ltd., et al.  *<br>　　　　　　Defendant(s)  * | Civil Case No.: 1:24–cv–00246–RDB |

## NOTICE OF DEFAULT

**To Suzhou Ruoxing Network Technology Co., Ltd.:**

　　You are hereby notified that an order of default was entered against you in this Court on 6/12/2024. You have thirty (30) days from this date to file a motion to vacate the order of default. If you do not take action by this date, the Court will act promptly on any pending motions for entry of default judgment, which may result in a monetary judgment against you.

　　　　　　　　　　　　　　　　　　　　　　　　CATHERINE M. STAVLAS, CLERK

<u>June 12, 2024</u>　　　　　　　　　　　　　　　By: <u>Rebecca Maldeis</u>
Date　　　　　　　　　　　　　　　　　　　　Deputy Clerk