# EXHIBIT A

# Anthony Son

| | |
|---|---|
| **From:** | Anthony Son |
| **Sent:** | Tuesday, June 11, 2024 1:02 PM |
| **To:** | 'Andrew Aitken' |
| **Subject:** | 1:24-cv-00246-RDB Bullseyebore, Inc. v. Landbase Trading Co., Ltd. et al |

Andrew,

Further to my voicemail message to you earlier today, we have been retained to represent some of the defendants that were named in the most recent complaint filed by your client Bullseyebore, Inc. I would like to discuss obtaining a short extension of time to Answer or otherwise respond to the Complaint. We believe that a 14 day extension from today would be sufficient, bringing our response deadline to June 25, 2024.

Please let us know if you will agree to the requested extension, and if so, we will circulate a draft stipulation to be filed with the Court. Of course, if you would like to discuss this matter further, please give me a call at 202-507-0125.

Best regards,
Anthony

Anthony Son, Esq
*Of Counsel*
DGW KRAMER LLP
202-507-0125

1