# EXHIBIT C

# Anthony Son

| | |
|---|---|
| **From:** | Anthony Son |
| **Sent:** | Wednesday, June 12, 2024 2:54 PM |
| **To:** | Andrew Aitken |
| **Cc:** | Emma Li; Jacob Chen; Mark Garner |
| **Subject:** | RE: 1:24-cv-00246-RDB Bullseyebore, Inc. v. Landbase Trading Co., Ltd. et al |
| **Attachments:** | 2024.06.12 - Stipulated Motion to Extend Deadline to File Response(final).docx; 2024.06.12 - Proposed Order Granting Unopposed Motion(final).docx |

Dear Andrew:

Thank you for the prompt response. As indicated earlier, attached is a draft Stipulation and Proposed Order that we would like to get on file as soon as possible. Please let us know if you have any revisions, and if not, please let us know if we have your authorization to file.

Best regards,
Anthony

---

**From:** Andrew Aitken <acaitken@aitkenlawoffices.com>
**Sent:** Wednesday, June 12, 2024 6:18 AM
**To:** Anthony Son <ason@dgwllp.com>
**Subject:** Re: 1:24-cv-00246-RDB Bullseyebore, Inc. v. Landbase Trading Co., Ltd. et al

Dear Anthony:

I am out of the country and will not return until Monday June June 17, 2024. I have limited access to email and phone connection has been unpredictable.

I have not been able to reach Bullseyebore to discuss your request but will consent to your request for additional time to respond until June 21, 2024. If additional time is needed beyond next Friday, please contact me next week and I expect to able able to work something out.


Very truly yours,
Andy Aitken
301 537-3299



Sent from my iPhone

> On Jun 11, 2024, at 6:01 PM, Anthony Son <ason@dgwllp.com> wrote:
>
> Andrew,

1

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**DISTRICT OF MARYLAND**

| | |
|---|---|
| **BULLSEYEBORE, INC.,** | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 1:24-cv-00246-RDB |
| | ) |
| v. | ) |
| | ) |
| **LANDBASE TRADING CO., LTD.,** | ) **STIPULATION FOR** |
| **MANNER TRADING CO., LTD.,** | ) **EXTENSION OF TIME TO ANSWER** |
| **Jamya, Ltd.,** | ) **OR OTHERWISE RESPOND TO THE** |
| **Umall Technology S.A.R.L.,** | ) **THIRD AMENDED COMPLAINT;** |
| **Dongguan Hengjia E-Commerce Co., Ltd.,** | **[PROPOSED] ORDER** |
| **Larryhot Trading Co., Ltd.,** | ) |
| **Shenzhen Maoluhui Network Technology Co., Ltd.,** | ) |
| **Elay E-commerce Co., Ltd.,** | ) |
| **Adah Technology Co., Ltd.,** | ) |
| **Shenzhen Jiuan Yunchen Network Technology Co., Ltd.,** | ) |
| **Topli Trading Co., Ltd.,** | ) |
| **Shenzhen Zhongtou Guorong Trading Co., Ltd.,** | ) |
| **Nanchang Huimeng Network Technology Co., Ltd.,** | ) |
| **Awin E-commerce Ltd.,** | ) |
| **Suzhou Chenghe Network Technology Co., Ltd.,** | ) |
| **Suzhou Ruoxing Network Technology Co., Ltd.,** | ) |
| **Wotai Network Technology Co., Ltd.,** | ) |
| **Guangzhou Shimai E-Commerce Co., Ltd.,** | ) |
| **Shanxi Haixun Trading Co., Ltd.,** | ) |
| **Rime Group,** | ) |
| **Lixin General Store,** | ) |
| **Shenzhen Yitong Information Technology Co., Ltd.,** | |
| **Shenzhen Jijin Technology Co., Ltd.,** | |
| **Shanxi Panri Trading Co., Ltd.,** | |
| **Case Network Information Technology (Yantai) Co., Ltd.** | |
| **John Doe (www.fsfia.com)** | |
| Defendants. | |

1

## STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE THIRD AMENDED COMPLAINT

IT IS HEREBY STIPULATED, by and between the parties, Plaintiff Bullseyebore, Inc. ("Plaintiff") and Defendants Dongguan Hengjia E-Commerce Co., Ltd., Larryhot Trading Co., Ltd., Shenzhen Maoluhui Network Technology Co., Ltd., Elay E-commerce Co., Ltd., Adah Technology Co., Ltd., Shenzhen Jiuan Yunchen Network Technology Co., Ltd., Topli Trading Co., Ltd., Shenzhen Zhongtou Guorong Trading Co., Ltd., Nanchang Huimeng Network Technology Co., Ltd., Awin E-commerce Ltd., Suzhou Chenghe Network Technology Co., Ltd., Suzhou Ruoxing Network Technology Co., Ltd., and Wotai Network Technology Co., Ltd. (collectively, "Defendants") (collectively the "Parties") that the deadline for Defendants to file their Answer or otherwise Respond to Plaintiff's Third Amended Complaint [Dkt. 49] is extended to and include June 21, 2024. In support thereof, the Parties state as follows:

WHEREAS Plaintiff's Third Amended Complaint was filed on April 12, 2024;

WHEREAS the Summons issued as to Defendants on April 24, 2024;

WHEREAS Plaintiff's Certificate of Service dated May 18, 2024 [Dkt. 55] indicates that Defendants were served on or about April 25, 2024 by electronic means;

WHEREAS the deadline to respond to the Amended Complaint, based on the purported service by electronic means on or about April 25, 2024 was May 16, 2024;

WHEREAS Defendants recently retained counsel and counsel for Defendants filed their Notices of Appearance on June 11, 2024 [Dkt. 60 & 61];

WHEREAS on June 11, 2024, counsel for Defendants met and conferred by email with counsel for Plaintiff regarding an extension of time to Answer or otherwise Respond to the Third Amended Complaint;

WHEREAS Plaintiff and Defendants stipulate to extending the deadline for Defendants to

file an Answer or otherwise Respond to the Third Amended Complaint to and including June 21, 2024;

WHEREAS This is Defendants' first request for extension of time to Answer or otherwise Respond to the Third Amended Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Plaintiff and Defendants, through their respective Counsel of Record, that good cause exists and it is therefore in the best interest of all Parties that:

1. The deadline by which Defendants may file their Answer or otherwise Respond to the Third Amended Complaint is extended up to and including **June 21, 2024**.

Dated: June 12, 2024

                                      Respectfully Submitted,
                                         /s/ Jacob Y. Chen
                                    Jacob Y. Chen, Esq.
                                    Bar No. 31122
                                    DGW Kramer LLP
                                    45 Rockefeller Plaza, 20th Floor
                                    New York, NY 10111
                                    Tel: (917) 983-2806
                                    jchen@dgwllp.com

                                    Anthony H. Son, Esq.
                                    Bar No. 16335
                                    *Of Counsel*
                                    DGW Kramer LLP
                                    1629 K Street, N.W., Suite 300
                                    Washington, D.C. 20006
                                    Tel: (202) 507-0125
                                    ason@dgwllp.com

                                    Attorneys for Defendants *Dongguan Hengjia E-Commerce Co., Ltd., Larryhot Trading Co., Ltd., Shenzhen Maoluhui Network Technology Co., Ltd., Elay E-commerce Co., Ltd., Adah Technology Co., Ltd., Shenzhen Jiuan Yunchen Network Technology Co., Ltd., Topli Trading Co., Ltd., Shenzhen Zhongtou Guorong Trading Co., Ltd., Nanchang*

3

                                            *Huimeng Network Technology Co., Ltd., Awin E-commerce Ltd., Suzhou Chenghe Network Technology Co., Ltd., Suzhou Ruoxing Network Technology Co., Ltd., and Wotai Network Technology Co., Ltd.*

June 12, 2024                        By:_____
                                            Andrew C. Aitken, Esq. (#06413)
                                            6701 Democracy Blvd., Suite 555
                                            Bethesda, Maryland 20817
                                            (301) 537-3299
                                            acaitken@aitkenlawoffices.com

                                            Attorneys for Plaintiff Bullseyebore, Inc.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 12, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's electronic case filing system. Any other counsel of record will be served by first class mail.

                                                    /s/ Jacob Y. Chen
                                                    Jacob Y. Chen

# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MARYLAND

| | |
|---|---|
| **BULLSEYEBORE, INC.,** | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 1:24-cv-00246-RDB |
| | ) |
| v. | ) |
| | ) |
| **LANDBASE TRADING CO., LTD.,** | ) **ORDER GRANTING MOTION FOR** |
| **MANNER TRADING CO., LTD.,** | ) **EXTENSION OF TIME TO ANSWER** |
| **Jamya, Ltd.,** | ) **OR OTHERWISE RESPOND TO THE** |
| **Umall Technology S.A.R.L.,** | ) **THIRD AMENDED COMPLAINT** |
| **Dongguan Hengjia E-Commerce Co., Ltd.,** | ) |
| **Larryhot Trading Co., Ltd.,** | ) |
| **Shenzhen Maoluhui Network Technology Co., Ltd.,** | ) |
| **Elay E-commerce Co., Ltd.,** | ) |
| **Adah Technology Co., Ltd.,** | ) |
| **Shenzhen Jiuan Yunchen Network Technology Co., Ltd.,** | ) |
| **Topli Trading Co., Ltd.,** | ) |
| **Shenzhen Zhongtou Guorong Trading Co., Ltd.,** | ) |
| **Nanchang Huimeng Network Technology Co., Ltd.,** | ) |
| **Awin E-commerce Ltd.,** | ) |
| **Suzhou Chenghe Network Technology Co., Ltd.,** | ) |
| **Suzhou Ruoxing Network Technology Co., Ltd.,** | ) |
| **Wotai Network Technology Co., Ltd.,** | ) |
| **Guangzhou Shimai E-Commerce Co., Ltd.,** | ) |
| **Shanxi Haixun Trading Co., Ltd.,** | ) |
| **Rime Group,** | ) |
| **Lixin General Store,** | |
| **Shenzhen Yitong Information Technology Co., Ltd.,** | |
| **Shenzhen Jijin Technology Co., Ltd.,** | |
| **Shanxi Panri Trading Co., Ltd.,** | |
| **Case Network Information Technology (Yantai) Co., Ltd.** | |
| **John Doe (www.fsfia.com)** | |
| Defendants. | |

1

# [PROPOSED] ORDER ON STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO THE THIRD AMENDED COMPLAINT

THIS Court, having considered the Stipulation for Extension of Time to Answer or Otherwise Respond to the Third Amended Complaint, and having considered the facts presented in support of the stipulation, and good cause appearing,

IT IS HEREBY ORDERED, as follows:

Defendants' deadline to file their Answer or otherwise Response is extended up to and including **June 21, 2024**.

_____
Richard D. Bennett          Date
UNITED STATES DISTRICT JUDGE