UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

------------------------------------------------------------------------X
BULLSEYEBORE, INC.

                        Plaintiff,

    -against-                             Civil Action No.: 1:24-cv-00246-RDB

LANDBASE TRADING CO. LTD, et. al.

                        Defendants.
------------------------------------------------------------------------X

## REQUEST FOR ORAL HEARING ON MOTION BY DEFENDANTS TO SET ASIDE ENTRY OF DEFAULT

Pursuant to Local Rule 105.6, Defendants Adah Technology Co., Ltd., Awin E-commerce Ltd., Dongguan Hengjia E-Commerce Co., Ltd., Elay E-commerce Co., Ltd., Larryhot Trading Co., Ltd., Nanchang Huimeng Network Technology Co., Ltd., Shenzhen Jiuan Yunchen Network Technology Co., Ltd., Shenzhen Maoluhui Network Technology Co., Ltd., Shenzhen Zhongtou Guorong Trading Co., Ltd., Suzhou Chenghe Network Technology Co., Ltd., Suzhou Ruoxing Network Technology Co., Ltd., Topli Trading Co., Ltd., Wotai Network Technology Co., Ltd (collectively "Defendants"), by and through their undersigned attorneys, request oral hearing on Defendants' motion to set aside the entry of default [Dkt. No. 76]. The motion to set aside the entry of default in now fully briefed and pending before the Court. Given the complex and important issues raised in the parties' respective briefs on the motion, Defendants request an oral hearing on the motion at the court's earliest convenience.

July 25, 2024                                      Respectfully Submitted,

                                                          By: /s/ Anthony H. Son
                                                          Jacob Chen, Esq.

4
Bar ID: 31122
DGW KRAMER LLP
5 Rockefeller Plaza; 20th Floor;
New York, NY 10111
Tel: (917) 983-2806
Fax: (917) 633-6183
Email: jchen@dgwllp.com

Anthony Son, Esq.
Bar No: 16335
*Of Counsel*
DGW KRAMER LLP
1629 K St, NW Suite 300
Washington DC 20006
Tel:    (202) 507-0125
Email:    ason@dgwllp.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 25, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's electronic case filing system. Any other counsel of record will be served by first class mail.

    /s/ Anthony H. Son
Anthony H. Son