# IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MARYLAND
### Baltimore Division

| | |
|---|---|
| **BULLESEYEBORE, INC.,** | ) |
| | ) |
| Plaintiff, | ) . |
| | ) |
| v. | ) Civil Action No. 1:24-cv-00246-RDB |
| | ) |
| **LANDBASE TRADING CO. LTD., et al.** | ) |
| | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF DISMISSAL

Plaintiff Bullseyebore Inc. ("Plaintiff") pursuant to Fed. R. Civ. P.41(a)(1)(A)(i) hereby dismisses Defendant Shenzhen Ruiguang Network Technology Co., Ltd. that owns the website www.fsfia.com, identified as Defendant 23 on the Service List (DCK55), with prejudice, as to all claims that were or could have been asserted against it in this action, with each party bearing its own attorney's fees and costs.

Dated: September 30, 2024                       Respectfully submitted,

By: /s/Andrew C. Aitken
Andrew C. Aitken, Esq (# 06413)
6701 Democracy Blvd., Suite 555
Bethesda, Maryland 20817
(301) 537-3299
acaitken@aitkenlawoffices.com
*Attorney for Bullseyebore, Inc.*

**APPROVED: 10/1/2024**        **/s/ -     Richard D. Bennett**
**U.S. Senior District Judge**

1