

www.dgwllp.com

45 Rockefeller Plaza, 20th Fl.
New York, NY 10111
Jacob Y. Chen, Esq.
jchen@dgwllp.com
T: (+1) 917 633 6860
F: (+1) 917 633 6183

November 4, 2024

**VIA PACER ECF**
Honorable Richard D. Bennett
United States District Court
District of Maryland
101 West Lombard Street
Baltimore, MD 21201

**RE:    Bullseyebore, Inc. v. Landbase Trading Co., Ltd. et al (1:24-cv-00246)**

Your Honor:

     I am writing on behalf of the Defendants Dongguan Hengjia E-Commerce Co., Ltd., Larryhot Trading Co., Ltd., Shenzhen Maoluhui Network Technology Co., Ltd., Elay E-commerce Co., Ltd., Adah Technology Co., Ltd., Shenzhen Jiuan Yunchen Network Technology Co., Ltd., Topli Trading Co., Ltd., Shenzhen Zhongtou Guorong Trading Co., Ltd., Nanchang Huimeng Network Technology Co., Ltd., Awin E-commerce Ltd., Suzhou Chenghe Network Technology Co., Ltd., Suzhou Ruoxing Network Technology Co., Ltd., and Wotai Network Technology Co., Ltd. to inquire about the status of motions pending before the Court.

     Specifically, Motion to Set Aside Default (ECF No. 76) filed on June 21, 2024, and subsequent related filings, have not yet been addressed. These include:

- Plaintiff's response to the motion (ECF No. 89) filed on July 12, 2024.
- Defendants' reply to the response (ECF No. 90) filed on July 18, 2024.
- A request for a hearing (ECF No. 91) submitted on July 25, 2024.

**DGW KRAMER LLP**

Page 2
November 4, 2024

Given the current procedural posture and the unresolved status of these filings, we respectfully request that the Court review the docket and take appropriate action to reopen the case and address the pending motions.

We appreciate the Court's attention to this matter and any guidance it can provide regarding next steps.

Thank you for your time and consideration.

        Respectfully submitted,

        DGW KRAMER LLP

        By: /s/ Jacob Chen
        Jacob Y. Chen, Esq., Bar No. 31122
        Anthony Son, Esq., *Of Counsel* Bar No. 16335

*Attorneys for Defendants Dongguan Hengjia E-Commerce Co., Ltd., Larryhot Trading Co., Ltd., Shenzhen Maoluhui Network Technology Co., Ltd., Elay E-commerce Co., Ltd., Adah Technology Co., Ltd., Shenzhen Jiuan Yunchen Network Technology Co., Ltd., Topli Trading Co., Ltd., Shenzhen Zhongtou Guorong Trading Co., Ltd., Nanchang Huimeng Network Technology Co., Ltd., Awin E-commerce Ltd., Suzhou Chenghe Network Technology Co., Ltd., Suzhou Ruoxing Network Technology Co., Ltd., and Wotai Network Technology Co., Ltd.*

cc: Counsel of Record