IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BULLSEYEBORE, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>LANDBASE TRADING CO. LTD, et al.<br><br>    Defendants. | CIVIL ACTION NO. 1:24-cv-00246-RDB |

**DEFENDANTS' MOTION FOR
MODIFICATION OF ASSET RESTRAINT**

Defendants Adah Technology Co., Ltd., Awin E-commerce Ltd., Dongguan Hengjia E-Commerce Co., Ltd., Elay E-commerce Co., Ltd., Larryhot Trading Co., Ltd., Nanchang Huimeng Network Technology Co., Ltd., Shenzhen Jiuan Yunchen Network Technology Co., Ltd., Shenzhen Maoluhui Network Technology Co., Ltd., Shenzhen Zhongtou Guorong Trading Co., Ltd., Suzhou Chenghe Network Technology Co., Ltd., Suzhou Ruoxing Network Technology Co., Ltd., Topli Trading Co., Ltd., Wotai Network Technology Co., Ltd (collectively "Defendants"), through counsel respectfully moves this Court for the entry of an order modifying the existing preliminary injunction as to and against Defendants in this matter.

In support thereof, Defendants incorporate by reference and refers this Honorable Court to the accompanying memorandum of law and supporting affirmations.

*[Signature page follows.]*

|  |  |
|---|---|
|  | Respectfully Submitted, |
| Dated: November 25, 2024 | /s/ *Jacob Chen* <br> Jacob Chen, Esq. <br> Bar No. 31122 <br> DGW Kramer LLP <br> 45 Rockefeller Plaza, 20th Floor <br> New York, New York 10111 <br> Tel: (917) 983-2806 <br> Fax: (917) 633-6183 <br> jchen@dgwllp.com |
|  | Anthony Son <br> Bar No. 16335 <br> *Of Counsel* <br> DGW Kramer LLP <br> 1629 K St. NW Suite 300 <br> Washington, DC 20006 <br> Tel: (202) 507-0125 <br> ason@dgwllp.com |

Attorneys for Defendants Adah Technology Co., Ltd., Awin E-commerce Ltd., Dongguan Hengjia E-Commerce Co., Ltd., Elay E-commerce Co., Ltd., Larryhot Trading Co., Ltd., Nanchang Huimeng Network Technology Co., Ltd., Shenzhen Jiuan Yunchen Network Technology Co., Ltd., Shenzhen Maoluhui Network Technology Co., Ltd., Shenzhen Zhongtou Guorong Trading Co., Ltd., Suzhou Chenghe Network Technology Co., Ltd., Suzhou Ruoxing Network Technology Co., Ltd., Topli Trading Co., Ltd., Wotai Network Technology Co., Ltd