**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
Baltimore Division**

| | |
|---|---|
| **BULLESEYEBORE, INC.,** | ) |
| | ) |
| Plaintiff, | )   . |
| | ) |
| v. | ) Civil Action No. 1:24-cv-00246-RDB |
| | ) |
| **LANDBASE TRADING CO. LTD., et al.** | ) |
| | ) |
| | ) |
| Defendants. | ) |

**CONSENT MOTION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO
DEFENDANT'S MOTION FOR MODIFICATION OF THE ASSET RESTRAINT**

Pursuant to Local Civil Rule 105-9, Bullseyebore Inc.("Plaintiff"), brings this Consent Motion for an extension of time to file its response to Defendant's Motion to Modify the Asset Restraining Order (DCK 106) up to and including December 13, 2024. and for grounds, states as follows:

1. A response to Defendants' Motion to Set Aside the Default is due on or before July 5, 2024.

2. Plaintiff requests an extension to respond to the Motion, up to and including December 2024.

3. Mr. Jacob Chen, counsel for certain Defendants who had filed the motion for modification consented to Plaintiff's request for this extension.

4. There is no trial date set in this matter and this request will not serve to delay the proceedings. The requested modification to the briefing schedule would not affect any hearing date or the case schedule and neither party will be prejudiced by the requested extension.

**BASIS FOR THIS REQUEST**

Counsel for Plaintiff was out of the office over Thanksgiving holidays and did not return to the Office until December 2, 2024. Upon his return, has been attending to unrelated matters

including a settlement conference in the US District Court in the Middle District of Florida on December 10, 2024, supplemental pleadings and a number of Patent Office deadlines.

The Parties in this action have also initiated settlement discussions which may possibly resolve the remaining issues in the case. .

This Consent Motion is not made for purposes of delay and it is submitted that there is good cause to extend the due date.

NOW, THEREFORE, the Plaintiff respectfully requests, subject to the Court's approval, that the date for which Plaintiff's Response to Defendant's Motion to Respond to the Motion to Modify the Asset Restraining Order be extended to December 13, 2024.

Respectfully submitted,

By  /S/ Andrew C. Aitken
Andrew C. Aitken (Bar No. 06413)
IP Law Leaders PLLC
6701 Democracy Blvd., Suite 555
Bethesda, MD 20817
Direct (301) 537-3299

*Attorney for Bullseyebore Inc.*